IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNY LEE GIBSON**                                                    **PLAINTIFF**

VS.                                    **CASE NO. 5:11CV00302 DPM/HDY**

**MICHAEL ASTRUE, Commissioner,**
   **Social Security Administration**                                **DEFENDANT**

# ORDER

The plaintiff's motion for extension of time (docket entry no. 9) is granted, and the plaintiff is directed to submit his brief on or before April 18, 2012. The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this   12   day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE