IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNY LEE GIBSON**                                             **PLAINTIFF**

VS.                **CASE NO. 5:11CV00302 HDY**

**MICHAEL ASTRUE, Commissioner,**
    **Social Security Administration**                       **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 16) is granted, and the plaintiff is directed to submit his brief on or before August 15, 2012. The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this __13__ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE